IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al., | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
| v. | )    NO. 3:24-cv-00958 |
| | ) |
| ASHLAND FARMS PARTNERS, et al., | )    JUDGE CAMPBELL |
| | )    MAGISTRATE JUDGE HOLMES |
|   Defendants. | ) |

### ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice (Doc. No. 34) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE